```
                    FILED
           CLERK U.S. DISTRICT COURT

              AUG 1 5 2008

           CENTRAL DISTRICT OF CALIFORNIA
           BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| LAURA KOSCKI, | ) SA CV 07-680-DDP (SH) |
| Plaintiff, | ) ORDER ADOPTING REPORT ) AND RECOMMENDATION OF ) UNITED STATES MAGISTRATE |
| v. | ) JUDGE |
| MICHAEL J. ASTRUE, Comm., Social Security Administration, | ) |
| Defendant, | ) |

Pursuant to 28 U.S.C. §636(b)(1)(B), the Court has reviewed the pleadings and other papers herein along with the attached Report and Recommendation of United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted as the Fact and Conclusions of Law herein; (2) that the decision of the Commissioner is reversed and remanded for further Proceedings, pursuant to

Sentence 4 of U.S.C. §405(g).

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and on the United States Attorney.

DATED: 8-15-08

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE