FILED
CLERK U.S. DISTRICT COURT

AUG 15 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| Laura Koscki, | SA CV 07-680 DDP (SH) |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner, Social Security, Administration, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the Commissioner's decision is reversed and the matter remanded for further proceedings.

DATED: 8-15-08

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE