1  Brian C. Shapiro
   Attorney at Law: 192789
2  «Office_Name»
   «Address_1»
3  «Address_2»
   «Telephone»
4  «Facsimile»
   E-mail: «email»
5
   Attorneys for Plaintiff LAURA KOSCKI
6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 **WESTERN DIVISION**

| | |
|---|---|
| 11  LAURA KOSCKI, | ) Case No.: CV 07-680 (SH) |
| 12         Plaintiff, | ) ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
| 13      vs. | ) ATTORNEY FEES PURSUANT TO ) 28 U.S.C. § 2412(d) |
| 14  MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| 15 | ) |
| 16         Defendant. | ) |

17    Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19 Brian C. Shapiro, as Plaintiff's assignee and subject to the reservation of rights, the

20 amount of three thousand nine hundred fifty dollars, ($3,950), as authorized by 28

21 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

22 DATE:   September 09, 2008

23                    _____/ S /_____
                     THE HONORABLE STEPHEN HILLMAN
24                   UNITED STATES MAGISTRATE JUDGE

25

26

-1-